UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTI, INC., | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-21 |
| | § | |
| APPLE, INC. | § | |

## VERDICT FORM

**QUESTION NO. 1:**

Do you find by clear and convincing evidence that Apple's infringement of claims 73, 74 and 88 of the '291 patent was willful?

Answer "Yes" or "No".

_Yes_

## QUESTION NO. 2:

Do you find by clear and convincing evidence that any of claims 73, 74 and 88 of the '291 patent is invalid because it is anticipated by the prior art?

Answer "Yes" or "No" with respect to each claim.

Claim 73: _No_

Claim 74: _No_

Claim 88: _No_

2

**QUESTION NO. 3:**

Do you find by clear and convincing evidence that any of claims 73, 74 and 88 of the '291 patent is invalid because it is obvious in light of the prior art?

Answer "Yes" or "No" with respect to each claim.

Claim 73: _No_

Claim 74: _No_

Claim 88: _No_

3

If you answered "**No**" to any of the claims in Questions 2 or 3 above, then answer the following Question. Otherwise, **do not** answer the following Question. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.

**QUESTION NO. 4:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate OPTi as a reasonable royalty for infringement?

Answer in dollars and cents, if any, for a reasonable royalty.

Answer:    $19,009,728.00

Signed this 23 day of April, 2009.

4