# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2010-1286 - OPTI INC V APPLE INC

U.S. DISTRICT COURT

2010 APR -7 AM 9:45

TX EASTERN-MARSHALL

BY_____

**Date of docketing:** 04/02/2010

**Appeal from:** United States District Court/ Eastern District of Texas
case no 07-CV-0021

**Cross-appellant(s):** OPTi, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Texas
    Michael L. Brody
    Timothy S. Teter

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: April 2, 2010**

Official Caption[1]

2010-1129, -1286

OPTI, INC.,

Plaintiff-Cross Appellant,

v.

APPLE INC.,

Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0021, Magistrate Judge Charles Everingham.

Authorized Abbreviated Caption[2]

OPTI INC V APPLE INC, 2010-1129, -1286

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.